IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-03242-LTB-KMT

EDWARD ANTHONY BROWNLEE,

    Plaintiff,

v.

LITHIA MOTORS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order entered by the Honorable Lewis T. Babcock on June 19, 2014, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion to Compel Arbitration filed by Lithia Motors is GRANTED.  It is

FURTHER ORDERED that the parties shall proceed with arbitration in accordance with the relevant Agreements, as written, except to the extent that the Court struck the provision requiring that "[t]he complaining party shall bear the arbitration expenses and may seek their recovery if it prevails."  It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this  19th   day of June, 2014.

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By: s/Emily Seamon
                                                Emily Seamon, Deputy Clerk